JOHN W. CONROY, Respondent, v. RICHMOND LIGHT AND RAILROAD COMPANY and Another, Appellants.— Judgment and order denying motion for new trial affirmed, with costs to respondent. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

C. W. KLAPPERT SONS, INC., Plaintiff, v. REALTY CONSTRUCTION CORPORATION, Appellant, Impleaded with GEORGE M. SEGLIN, Respondent, and Others, Defendants.— Order denying motion to dismiss the counterclaim of defendant Seglin affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

JOSEPH D'AMICO, Respondent, v. GIUSEPPE ROMEO, Also Known as JOSEPH ROMEO, Appellant.— Order in so far as appealed from reversed upon the law, with ten dollars costs and disbursements. Defendant's motion to vacate the judgment was properly granted upon the confirmation of the referee's report in favor of defendant's contention that he had never been served with the summons and complaint. The costs and expenses of the reference should be borne by plaintiff. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur. Settle order upon notice.

EDISON FIXTURE COMPANY, INC., Appellant, v. AARON SLOTE and Others, Copartners, etc., Respondents.— Judgment and order denying new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

MARIE A. FOERSTER, Respondent, v. ERNST F. FOERSTER, Appellant.— Order granting alimony and counsel fee *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

In the Matter of the Judicial Settlement of the Account of PAUL R. ATKINSON, as Administrator for ELBRIDGE C. ATKINSON, Deceased.— Decree of the Surrogate's Court of Kings county correcting description of bonds and amending decree accordingly, affirmed, with ten dollars costs and disbursements to be paid by appellant personally. We think there never has been any question as to the identity of the bonds, and the correction in the description of the issue from first mortgage bonds to purchase-money bonds is simply the correction of a clerical error. The appellant has never been misled as to the identity of the bonds. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.